**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **XCOAL ENERGY & RESOURCES,** | ) | |
| | ) | |
| **Plaintiff/Intervenor Defendant,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:23-cv-361-TFM-C** |
| | ) | |
| **JAVELIN GLOBAL COMMODITIES,** | ) | |
| **(UK), LTD.,** | ) | |
| | ) | |
| **Intervenor/Plaintiff.** | ) | |

**<u>MEMORANDUM OPINION AND ORDER</u>**

On April 29, 2026, the Magistrate Judge entered a Report and Recommendation which recommends that XCoal's Motion for Summary Judgment (Doc. 219) be granted and Javelin's Motion for Partial Summary Judgment (Doc. 237) be denied. [1]   *See* Doc. 244.   The Recommendation further notes that any other motions are considered resolved by the recommendation if adopted.  *See id*.  Javelin timely filed objections to which XCoal timely responded.  *See* Docs. 252, 253, 255.  Javelin then also filed a motion to file a reply which remains pending.  *See* Docs. 256, 257.  It is **ORDERED** that the motion to file a reply (Doc. 256) is **GRANTED** and the reply (Doc. 257) is considered. The Report and Recommendation is ripe for review.

Having reviewed the Report and Recommendation and the robust subsequent briefing, the Court finds no error in the Magistrate Judge's analysis and agrees with it in full.  Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a

---

[1] The Magistrate Judge granted Javelin's motion to withdraw and refile the motion for partial summary judgment (Doc. 236) which deems the earlier filed motion (Docs. 234, 235) as **WITHDRAWN** and the subsequently filed motion (Doc. 237) the operative motion.

*de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** as follows:

(1) *XCoal Energy & Resources Motion for Summary Judgment* (Doc. 219) is **GRANTED**;

(2) *Javelin's Motion for Partial Summary Judgment* (Doc. 237) is **DENIED**; and

(3) All remaining motions are considered resolved by this ruling and therefore **DENIED as moot**.

It is further **ORDERED** that the parties shall meet and confer to determine what, if any issues, remain for resolution or whether the trial setting for August 17, 2026 needs to remain scheduled or whether these rulings render it unnecessary and if a final judgment is appropriate under Fed. R. Civ. P. 58.  A joint status report shall be due on or before **July 2, 2026** on the matter.

**DONE** and **ORDERED** this 12th day of June, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE